■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES T. RUSSELL, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered October 16, 1959, convicting him, on his plea

of guilty, of robbery in the third degree and sentencing him, as a second felony offender, to serve a term of 7½ to 20 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.